# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10243-MDC

GREGG D SMITH, SR.

1214 WILLOW STREET

COATESVILLE, PA 19320

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GREGG D SMITH, SR.

    1214 WILLOW STREET

    COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 3/29/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee