**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Gregg D. Smith, Sr.,<br>           Debtor. | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B,<br>           Movant,<br>vs.<br>Gregg D. Smith, Sr.,<br>           Debtors / Respondents,<br>and<br>WILLIAM C. MILLER, Esq.,<br>           Trustee / Respondent. | Case No.: 19-10243-mdc<br><br>Hearing Date: May 7, 2019<br>Time: 10:30 a.m.<br>Location: Courtroom 2 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

      <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

      1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **April 27, 2019,** you or your attorney must do <u>all</u> of the following:

           (a)    file an answer explaining your position at:

                United States Bankruptcy Court
                Eastern District of Pennsylvania
                900 Market Street
                Philadelphia, PA 19107

    (b)    mail a copy to the Movant's attorney:

> Andrew M. Lubin, Esquire
> Milstead & Associates, LLC
> 1 East Stow Road
> Marlton, NJ 08053
> Phone No.: 856-482-1400
> Fax No.: 856-482-9190

    (a)    mail a copy to the Chapter 13 Trustee:

> William C. Miller, Esq.
> Chapter 13 Trustee
> P.O. Box 1229
> Philadelphia, PA 19105

2.    If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **May 7, 2019 at 10:30 a.m.** in Courtroom 2 of the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

> Respectfully submitted,
> MILSTEAD & ASSOCIATES, LLC

DATED: April 10, 2019

>   /s/Andrew M. Lubin
> Andrew M. Lubin, Esquire
> Attorney ID No. 54297
> alubin@milsteadlaw.com
> 1 East Stow Road
> Marlton, NJ 08053
> (856) 482-1400
> Attorneys for Movant