**MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS**

**Debtor Name:**      **GREGG D SMITH SR.**

**Case No.:**

**Business Name:**    **GDS ENTERPRISES INC.**

| | For the Month and Year: | | December 2018 | | Jan 1 to December 31, 2018 |
|---|---|---|---|---|---|
| **BUSINESS INCOME:** | | | | | |
| ( 1 ) | Actual Income from Sales & Service | $ | 17,000.00 | $ | 310,632.00 |
| ( 2 ) | Other (Specify) | | | $ | - |
| ( 3 ) | Other (Specify) | | | $ | - |
| ( 4 ) | **Total Actual Income (1+2+3)** | $ | 17,000.00 | $ | 310,632.00 |
| **ACTUAL BUSINESS EXPENSES PAID** | | | | | |
| ( 5 ) | Rent/Lease | $ | 800.00 | $ | 9,600.00 |
| ( 6 ) | Utilities (Electric, Gas, Water, Sewer) | $ | - | $ | - |
| ( 7 ) | Telephone | $ | 92.00 | $ | 1,104.00 |
| ( 8 ) | Insurance | $ | 1,591.00 | $ | 19,092.00 |
| ( 9 ) | Wages for Employees | $ | - | $ | - |
| ( 10 ) | Wages for Self/Owner | $ | 3,400.00 | $ | 36,400.00 |
| ( 11 ) | Taxes, Dues, Licenses, Professional Fees | $ | 232.00 | $ | 2,784.00 |
| ( 12 ) | Gas and Fuel for business vehicles | $ | 3,453.00 | $ | 41,436.00 |
| ( 13 ) | Other - Materials and Repairs | $ | 5,525.00 | $ | 66,300.00 |
| ( 14 ) | Other - Contract Labor | $ | 1,417.00 | $ | 17,004.00 |
| ( 15 ) | Other - Equipment rental and hauling | $ | 4,855.00 | $ | 58,260.00 |
| ( 16 ) | **Total Actual Business Expenses Paid (sum of 5 through 16)** | $ | 21,365.00 | $ | 251,980.00 |
| ( 17 ) | Net Business Income/Loss | $ | (4,365.00) | $ | 58,652.00 |
| ( 18 ) | Net Wages from Regular Employment | $ | 2,766.00 | $ | 30,992.00 |
| ( 19 ) | Net Wages from Regular Employment | | | $ | - |
| ( 20 ) | Amount Carried Over from Last Month | | | $ | - |
| ( 21 ) | **Total Net Monthly Income (sum of 17 through 21)** | $ | (1,599.00) | $ | 89,644.00 |
| **PERSONAL** | | | | | |
| ( 22 ) | Rent/Mortgage (1,575/mo) | $ | 1,476.00 | $ | 17,712.00 |
| ( 23 ) | Utilities (gas, electric, water, sewer, oil) (200) | $ | 500.00 | $ | 6,000.00 |
| ( 24 ) | Telephone (see business above) | | | $ | - |
| ( 25 ) | Food | $ | 250.00 | $ | 3,000.00 |
| ( 26 ) | Transportation (fuel, tolls, parking) | $ | 200.00 | $ | 2,400.00 |
| ( 27 ) | Other (Specify)  Dtown Loan | $ | - | $ | - |
| ( 28 ) | Other (Specify) | | | $ | - |
| ( 29 ) | Other (Specify) | | | $ | - |
| ( 30 ) | Other (Specify) | | | $ | - |
| ( 31 ) | Other (Specify) | | | $ | - |
| ( 32 ) | **Total Actual Personal Expenses Paid (sum of 22 through 31)** | $ | 2,426.00 | $ | 29,112.00 |
| **NET INCOME (LOSS)** | | | | | |
| ( 33 ) | Gross Excess Income (line 21 - Line 32 | $ | (4,025.00) | $ | 60,532.00 |
| ( 34 ) | Monthly Chapter 13 Plan Payments | | | | |
| ( 35 ) | Net Excess Income (line 33 - line 34) | | | | |