**MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS**

**Debtor Name:** GREGG D SMITH SR.
**Case No.:**
**Business Name:** GDS ENTERPRISES INC.

| | For the Month and Year: | Month of March 2019 | Jan 1 to March 31, 2019 |
|---|---|---:|---:|
| **BUSINESS INCOME:** | | | |
| (1) | Actual Income from Sales & Service | $ 35,442.00 | $ 75,767.00 |
| (2) | Other (Specify) | | $ - |
| (3) | Other (Specify) | | $ - |
| (4) | Total Actual Income (1+2+3) | $ 35,442.00 | $ 75,767.00 |
| **ACTUAL BUSINESS EXPENSES PAID** | | | |
| (5) | Rent/Lease | $ 800.00 | $ 2,400.00 |
| (6) | Utilities (Electric, Gas, Water, Sewer) | $ - | $ - |
| (7) | Telephone | $ 92.00 | $ 276.00 |
| (8) | Insurance | $ 1,591.00 | $ 4,773.00 |
| (9) | Wages for Employees | $ - | $ - |
| (10) | Wages for Self/Owner | $ 3,000.00 | $ 9,000.00 |
| (11) | Taxes, Dues, Licenses, Professional Fees | $ 232.00 | $ 696.00 |
| (12) | Gas and Fuel for business vehicles | $ 3,453.00 | $ 10,359.00 |
| (13) | Other - Materials and Repairs | $ 5,525.00 | $ 16,575.00 |
| (14) | Other - Contract Labor | $ 1,417.00 | $ 4,251.00 |
| (15) | Other - Equipment rental and hauling | $ 4,855.00 | $ 14,565.00 |
| (16) | Total Actual Business Expenses Paid (sum of 5 through 16) | $ 20,965.00 | $ 62,895.00 |
| (17) | Net Business Income/Loss | $ 14,477.00 | $ 12,872.00 |
| (18) | Net Wages from Regular Employment | $ 2,566.00 | $ 7,698.00 |
| (19) | Net Wages from Regular Employment | | $ - |
| (20) | Amount Carried Over from Last Month | | $ - |
| (21) | Total Net Monthly Income (sum of 17 through 21) | $ 17,043.00 | $ 20,570.00 |
| **PERSONAL** | | | |
| (22) | Rent/Mortgage (1,575/mo) | $ 1,476.00 | $ 4,428.00 |
| (23) | Utilities (gas, electric, water, sewer, oil) (200) | $ 500.00 | $ 1,500.00 |
| (24) | Telephone (see business above) | | $ - |
| (25) | Food | $ 250.00 | $ 750.00 |
| (26) | Transportation (fuel, tolls, parking) | $ 200.00 | $ 600.00 |
| (27) | Other (Specify) Dtown Loan | $ - | $ - |
| (28) | Other (Specify) | | $ - |
| (29) | Other (Specify) | | $ - |
| (30) | Other (Specify) | | $ - |
| (31) | Other (Specify) | | $ - |
| (32) | Total Actual Personal Expenses Paid (sum of 22 through 31) | $ 2,426.00 | $ 7,278.00 |
| **NET INCOME (LOSS)** | | | |
| (33) | Gross Excess Income (line 21 - Line 32 | $ 14,617.00 | $ 13,292.00 |
| (34) | Monthly Chapter 13 Plan Payments | | |
| (35) | Net Excess Income (line 33 - line 34) | | |