**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Gregg D. Smith, Sr.,<br>           Debtor. | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B,<br>           Movant,<br>vs.<br>Gregg D. Smith, Sr.,<br>           Debtors / Respondents,<br>and<br>WILLIAM C. MILLER, Esq.,<br>           Trustee / Respondent. | Case No.: 19-10243-mdc |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 10, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 27, 2019.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

      Respectfully submitted,
      MILSTEAD & ASSOCIATES, LLC

DATED: May 2, 2019

      /s/Andrew M. Lubin
      Andrew M. Lubin, Esquire
      Attorney ID No. 54297
      alubin@milsteadlaw.com
      1 E. Stow Road
      Marlton, NJ 08053
      (856) 482-1400
      Attorneys for Movant