IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br> Gregg D. Smith, Sr.,<br>   Debtor. | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B,<br>   Movant,<br>vs.<br>Gregg D. Smith, Sr.,<br>   Debtors / Respondents,<br>and<br>WILLIAM C. MILLER, Esq.,<br>   Trustee / Respondent. | Case No.: 19-10243-mdc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __7th__ day of __May__, 20__19__, it is hereby

**ORDERED** that The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1214 Willow Street, Coatesville, PA 19320; _under the terms of the loan documents only_.

**ORDERED** that Movant shall be permitted to communicate with the Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

              BY THE COURT:

              _____
              Hon. Magdeline D. Coleman, U.S.B.J.

cc: Andrew M. Lubin, Esquire
   Gary E. Thompson, Esquire
   William C. Miller, Esq., Trustee
   Gregg D. Smith, Sr.