United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10243-mdc
Gregg D. Smith, Sr.                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1          Date Rcvd: May 07, 2019
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db              +Gregg D. Smith, Sr.,    1214 Willow Street,    Coatesville, PA 19320-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
      ANDREW M. LUBIN    on behalf of Creditor    The Bank of New York Mellon alubin@milsteadlaw.com,
       bkecf@milsteadlaw.com
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
       Revenue crmomjian@attorneygeneral.gov
      GARY E. THOMPSON    on behalf of Debtor Gregg D. Smith, Sr. get24esq@aol.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    The Bank of New York Mellon lkarl@rascrane.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Gregg D. Smith, Sr.,<br>　　　　Debtor. | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B,<br>　　　　Movant,<br>vs.<br>Gregg D. Smith, Sr.,<br>　　　　Debtors / Respondents,<br>and<br>WILLIAM C. MILLER, Esq.,<br>　　　　Trustee / Respondent. | Case No.: 19-10243-mdc |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this ___7th___ day of ___May___, 20_19_, it is hereby

ORDERED that The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-B is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1214 Willow Street, Coatesville, PA 19320; _under the terms of the loan documents only_.

ORDERED that Movant shall be permitted to communicate with the Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Magdeline D. Coleman, U.S.B.J.

cc:　　Andrew M. Lubin, Esquire
　　　　Gary E. Thompson, Esquire
　　　　William C. Miller, Esq., Trustee
　　　　Gregg D. Smith, Sr.