# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10243-MDC

GREGG D SMITH, SR.

1214 WILLOW STREET

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GREGG D SMITH, SR.

    1214 WILLOW STREET

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

Date: 6/18/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee