```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                          Case No. 19-10243-mdc
Gregg D. Smith, Sr.                                                             Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0313-2           User: PaulP                  Page 1 of 2                  Date Rcvd: Sep 12, 2019
                               Form ID: pdf900              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Gregg D. Smith, Sr.,    1214 Willow Street,    Coatesville, PA 19320-5703
cr             +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14262400       +Commonwealth of Pennsylvania Department of Revenue,     c/o Christopher R. Momjian,
                 The Phoenix Building,    1600 Arch Street, Suite 300,    Philadelphia, Pa 19103-2016
14258155       +DNB,   4 Brandywine Avenue,    Downingtown, PA 19335-2926
14272826        ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
14258159       +The Bank Of New York,    7105 Corporate Drive, PTX C-35,    Plano, TX 75024-4100
14268288       +The Bank of New York Mellon,    RAS Crane, LLC,    c/o Cristina DiGiannantonio,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14270793       +The Bank of New York Mellon,    PO Box 619096,    Dallas, TX 75261-9096
14294386       +The Bank of New York Mellon,    c/o Andrew M. Lubin, Esq.,    Milstead & Associates, LLC,
                 1 East Stow Road,    Marlton, NJ 08053-3118
14265860       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14267459       +Toyota Motor Credit Corporation,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:57
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14259584       +E-mail/Text: bankruptcy@cavps.com Sep 13 2019 02:58:10     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14258152       +E-mail/Text: bankruptcy@cavps.com Sep 13 2019 02:58:10     Cavalry SPV,    Citibank,
                 500 Summit Lake Drive,    sTE 400,    Valhalla, NY 10595-2321
14258153       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:57     Commonwealth Of PA,
                 POB 280946,   Harrisburg, PA 17128-0946
14258156        E-mail/Text: cio.bncmail@irs.gov Sep 13 2019 02:57:49     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14278349        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14258158       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:56:24     Pinnacle Credit,
                 POB 640,    Hopkins, MN 55343-0640
14264023        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:56:24
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14288064       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2019 02:56:25     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14258154*      +Commonwealth Of PA,    POB 280946,    Harrisburg, PA 17128-0946
14258157*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    Philadelphia, PA 19255)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2          Date Rcvd: Sep 12, 2019
                              Form ID: pdf900          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              ANDREW M. LUBIN     on behalf of Creditor    The Bank of New York Mellon alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              CHRISTOPHER R. MOMJIAN      on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              GARY E. THOMPSON     on behalf of Debtor Gregg D. Smith, Sr. get24esq@aol.com
              LAUREN BERSCHLER KARL     on behalf of Creditor    The Bank of New York Mellon lkarl@rascrane.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> GREGG D SMITH, SR. | Chapter 13 |
| Debtor | Bankruptcy No. 19-10243-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 12, 2019

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
GREGG D SMITH, SR.

1214 WILLOW STREET

COATESVILLE, PA 19320